# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CR46 |
| Plaintiff, ) | |
| ) | REPORT AND |
| vs. ) | |
| ) | RECOMMENDATION |
| CRAIG CROWELL, ) | |
| ) | ON GUILTY PLEA |
| Defendant. ) | |

On June 23, 2008, defendant Craig Crowell (Crowell), together with his counsel, Adam J. Sipple, appeared before the undersigned magistrate judge, waived indictment, and consented to the filing of the Information herein. Crowell was advised of the charges, the penalties, and the right to appear before a United States District Judge. After orally consenting to proceed before a magistrate judge, Crowell entered a plea of guilty to Counts I and II of the Information.

After being sworn, Crowell was orally examined by the undersigned magistrate judge in open court as required by Federal Rule of Criminal Procedure 11. Crowell also was given the advice required by that Rule. Finally, Crowell was given a full opportunity to address the court and ask questions.

Counsel for the government and counsel for Crowell were given the opportunity to suggest additional questions by the court. Moreover, both counsel orally certified that they were of the opinion that the pleas were knowing, intelligent and voluntary, and that there was a factual basis for Crowell's pleas of guilty to Counts I and II of the Information.

Therefore, I find and conclude that: (1) the pleas are knowing, intelligent, and voluntary; (2) there is a factual basis for the pleas; (3) the provisions of Rule 11 and any other provisions of the law governing the submission of guilty pleas have been complied with; (4) a petition to enter a plea of guilty, on a form approved by the court, was completed by Crowell, Crowell's counsel and counsel for the government, and such petition was placed in the court file; (5) the plea agreement is in writing and is filed in the court file; (6) there are no agreements or stipulations other than those contained in the written plea agreement.

**IT IS RECOMMENDED TO JUDGE LAURIE SMITH CAMP that:**

1. She accept the guilty plea and find the defendant, Craig Crowell, guilty of the crimes set forth in Counts I and II of the Information to which Crowell tendered a guilty plea;

2. Since the plea agreement contains a provision under Fed. R. Crim. P. 11(c)(1)(C), she not accept the written plea agreement at this time but reserve acceptance until the time of sentencing.

**ADMONITION**

Pursuant to NECrimR 57.3 any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) business days after being served with a copy of this Report and Recommendation. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to submit a brief in support of any objection may be deemed an abandonment of the objection.

DATED this 24th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge