IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR46** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CRAIG CROWELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motions: to withdraw (Filing No. 48) its motion for final forfeiture (Filing No. 42); and for the Court to amend (Filing No. 49) its preliminary order of forfeiture (Filing No. 38).

As the government states in its motion, the Defendant pleaded guilty to Counts I and II of an Information. The record includes conflicting information as to the counts and charging document to which the Defendant pleaded. For example, the plea agreement states that he pleaded guilty to Counts I and II of the Indictment while the motion for preliminary forfeiture states that he pleaded guilty to Counts I and III of the Indictment.

IT IS ORDERED:

1. The government's motion to withdraw (Filing No. 48) is granted;

2. The motion for final forfeiture is withdrawn (Filing No. 42); and

3. The government's motion for the Court to amend (Filing No. 49) is held in abeyance pending the Court's receipt from the government of a proposed amended preliminary forfeiture order.

DATED this 14th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge