UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:08CR46 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | FINAL ORDER OF |
| ) | FORFEITURE |
| ) | |
| CRAIG CROWELL, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 52). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On July 14, 2008, this Court entered a Preliminary Order of Forfeiture (Filing No. 38), forfeiting the Defendant's interest in a Gateway desktop computer, serial number XSL4B21015016, containing a Western Digital hard drive bearing serial number WCAL71826757. On October 16, 2008, this Court entered an Amended Preliminary Order of Forfeiture (Filing No. 51) amending its Preliminary Order of Forfeiture to reflect the Defendant pleading guilty to Counts I and II of an Information.

2. On July 31, August 7 and 14, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on September 15, 2008 (Filing No. 41).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 52) is hereby sustained.

B. All right, title and interest in and to the Gateway desktop computer, serial number XSL4B21015016, containing a Western Digital hard drive bearing serial number WCAL71826757, held by any person or entity, is hereby forever barred and foreclosed.

C. The Gateway desktop computer, serial number XSL4B21015016, containing a Western Digital hard drive bearing serial number WCAL71826757, be, and the same hereby is, forfeited to the United States of America .

D. The United States Bureau of Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 17th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge